IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHAKEEM ANTONIO BROXTON, | * |
| Plaintiff, | * |
| v. | Case No.   5:22-cv-00199-TES-CHW |
| | * |
| COMMISSIONER TIMOTHY C WARD, et al., | |
| | * |
| Defendants. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated August 8, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 9th day of August, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk